**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Richard Vaccariello on behalf of himself and all others similarly situated,** | **Index No. 08-cv-05336 CLB** |
| **Plaintiffs,** | |
| **vs.** | **APPEARANCE** |
| **XM Satellite Radio Inc.,** | **Electronically filed** |
| **Defendant.** | |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Plaintiff Richard Vaccariello.

I certify that I am admitted to practice in this court.

Dated: New York, New York
       June 12, 2008

Respectfully submitted,

/s/ Michele F. Raphael
Michele F. Raphael
Wolf Popper LLP
845 Third Avenue, 12th Floor
New York, New York  10022
T: 212.759.4600
F: 212.486.2093
mraphael@wolfpopper.com

Doc.