UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Richard Vaccariello on behalf of himself and all others similarly situated,**<br><br>                    **Plaintiffs,**<br><br>       vs.<br><br>**XM Satellite Radio Inc.,**<br><br>                    **Defendant.** | Index No. 08-cv-05336 CLB<br><br>**APPEARANCE**<br><br>**Electronically filed** |

To the Clerk of this Court and all parties of record:

　　　Please enter my appearance as counsel in this case for Plaintiff Richard Vaccariello.

　　　I certify that I am admitted to practice in this court.

Dated: New York, New York　　　　　Respectfully submitted,
　　　　June 12, 2008

　　　　　　　　　　　　　　　　　　/s/ Natalie M. Mackiel
　　　　　　　　　　　　　　　　　　Natalie M. Mackiel
　　　　　　　　　　　　　　　　　　Wolf Popper LLP
　　　　　　　　　　　　　　　　　　845 Third Avenue, 12th Floor
　　　　　　　　　　　　　　　　　　New York, New York  10022
　　　　　　　　　　　　　　　　　　T: 212.759.4600
　　　　　　　　　　　　　　　　　　F: 212.486.2093
　　　　　　　　　　　　　　　　　　nmackiel@wolfpopper.com

Doc.