AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

RICHARD VACCARIELLO on behalf of himself
and all others similarly situated

V.

XM SATELLITE RADIO INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CIV 5336**

TO: (Name and address of Defendant)

XM SATELLITE RADIO INC.
C/O Registered Agent
C T CORORATION SYSTEM
111 EIGHT AVENUE
NEW YORK, NY 10011

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WOLF POPPER LLP
845 THIRD AVENUE
NEW YORK, NY 10022

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUN 1 1 2008

CLERK                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 6-11-08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Christopher Dunleavy | Law Clerk |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: XM Satellite Radio Inc c/o Registered Agent - CT Corporation System, 111 Eighth Ave. NY NY 10011 (Nora Dindya - Process Clerk - accepted)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify): Served Summons & Complaint with Rules of Judge Brieant & Magistrate Judge Fox

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-11-08
            Date

Signature of Server: Christopher Dunleavy

Address of Server: 845 Third Ave., NY 10022

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.