UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- x
RICHARD VACCARIELLO,                :

                Plaintiff,    :    **NOTICE OF APPEARANCE**

  - v -    :

                                 No. 08 CIV 5336 (CLB)

XM SATELLITE RADIO INC.,             :

                Defendant.    :
----------------------------------- x

To the Clerk of this court and all parties of record:

    Please enter my appearance as counsel in this action for defendant XM Satellite Radio, Inc.

    I certify that I am admitted to practice in this court.


Dated: June 30, 2008

                                                  /s/ Kenneth A. Plevan
                                                  Kenneth A. Plevan (KP 2551)
                                                  SKADDEN, ARPS, SLATE,
                                                  MEAGHER & FLOM LLP
                                                         Four Times Square
                                                 New York, New York 10036
                                                           (212) 735-3000