UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x
RICHARD VACCARIELLO,              :
                Plaintiff,    :    **NOTICE OF APPEARANCE**
   - v -                            :
                              No. 08 CIV 5336 (CLB)
XM SATELLITE RADIO INC.,          :
                Defendant.    :
---------------------------------- x

To the Clerk of this court and all parties of record:

    Please enter my appearance as counsel in this action for defendant XM Satellite Radio, Inc.

    I certify that I am admitted to practice in this court.

Dated: June 30, 2008

                                                             Anthony J. Dreyer (AD3571)
                                                             SKADDEN, ARPS, SLATE,
                                                             MEAGHER & FLOM LLP
                                                                  Four Times Square
                                                          New York, New York 10036
                                                                    (212) 735-3000