Kenneth A. Plevan (KP 2551)
Anthony J. Dreyer (AD 3571)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000 (telephone)

Attorneys for Defendant
XM Satellite Radio Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
RICHARD VACCARIELLO,                 :

           Plaintiff,           :

   - v -                             :
                                    No. 08 CIV 5336 (CLB)
XM SATELLITE RADIO INC.,              :

           Defendant.          :
------------------------------------ x

## STIPULATED EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties below, that defendant XM Satellite Radio, Inc.'s time to file and serve an answer or otherwise move in response to the Complaint is extended to July 22, 2008.

| | |
|---|---|
| Lester L. Levy<br>Michele F. Raphael<br>Nathalie M. Mackiel<br>WOLF POPPER LLP<br>845 Third Avenue<br>New York, New York 10022<br>(212) 759-4600<br><br>Attorneys for Plaintiff<br>Richard Vaccarielle<br><br>By: *[signature]* | Kenneth A. Plevan<br>Anthony J. Dreyer<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br><br>Attorneys for Defendant<br>XM Satellite Radio, Inc.<br><br>By: *[signature]* |

SO ORDERED:

*Charles L. Brieant* [signature]
The Honorable Charles L. Brieant, U.S.D.J.
Dated: June    , 2008

628529.01-New York Server 6A - MSW