# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

———

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

DIRECT DIAL
212-735-3097
DIRECT FAX
917-777-3097
EMAIL ADDRESS
ANTHONY.DREYER@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

August 6, 2008

**BY ELECTRONIC MAIL**
Lester Levy
Wolf Popper LLP
845 Third Avenue
New York, New York 10022

*08 Civ. 5336 (CS)*

RE: Vaccariello v. XM Satellite Radio Inc.

Dear Lester:

      We received notice today from Ms. Alice Cama, deputy to the Honorable Cathy Seibel, that the Vaccariello v. XM Satellite Radio Inc. lawsuit has been re-assigned to Judge Seibel. Ms. Cama also informed us that XM's motion to dismiss will be marked submitted as of September 23, 2008, with no appearance or argument, although either party is free to request oral argument if there are compelling reasons to do so. The pre-trial conference has been adjourned pending the outcome of XM's motion.

Sincerely,

Anthony J. Dreyer

cc: Ms. Alice Cama (by U.S. Mail)