UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
RICHARD VACCARIELLO on behalf of          :
himself and all others similarly situated,     :
                                                             :     08 CIV 5336 (CS)
                                        Plaintiff,            :
                                                             :
         - against -                                      :
                                                             :
XM SATELLITE RADIO INC.,                   :
                                                             :
                                     Defendant.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


## RULE 7.1 STATEMENT OF XM SATELLITE RADIO INC.

        Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the

undersigned counsel of record for defendant XM Satellite Radio Inc. ("XM") hereby

certifies as follows:

        (1)    XM Satellite Radio Holdings Inc. ("XM Holdings") is XM's

parent company and owns 100% of XM.  XM Holdings is a wholly owned subsidiary of

Sirius XM Radio Inc.

        (2)    No other publicly held corporation owns 10% or more of XM's

stock, and no other publicly held corporation owns 10% or more of Sirius XM Radio Inc.

Dated:  September 2, 2008
       New York, New York

Respectfully submitted,

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

By:  _Kenneth A. Plevan_
Kenneth A. Plevan
Kenneth.Plevan@skadden.com
Jeffrey A. Mishkin
Jeffrey.Mishkin@skadden.com
Anthony J. Dreyer
Anthony.Dreyer@skadden.com
Four Times Square
New York, NY 10036
(212) 735-3000

Attorneys for Defendant
XM Satellite Radio Inc.